IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **DWAYNE SMITH,** | : | **CIVIL ACTION** |
| *Petitioner*, | : | |
| | : | |
| v. | : | |
| | : | |
| **DEREK OBERLANDER, et al.,** | : | |
| *Respondents*. | : | **NO. 22-cv-2671** |

# ORDER

**AND NOW**, this **19th** day of **July 2023**, upon careful and independent consideration of the Petition for Writ of Habeas Corpus (ECF No. 1), review of the Report and Recommendation of United States Magistrate Judge Scott W. Reid (ECF No. 11), and consideration of Petitioner's Objections (ECF No. 13), and for the reasons set forth in the accompanying Memorandum, it is hereby **ORDERED** that:

1. The Report and Recommendation is **APPROVED** and **ADOPTED**;

2. The Petition for Writ of Habeas Corpus is **DENIED**; and

3. There is no basis for the issuance of a certificate of appealability.

The Clerk of Court shall mark this case **CLOSED** for statistical purposes.

**BY THE COURT:**

/s/ Chad F. Kenney
_____
**CHAD F. KENNEY, JUDGE**